**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv30**

| | |
|---|---|
| In re: )<br>)<br>ROYCE LANE VAIL and )<br>SAMMY A. VAIL, )<br>)<br>Debtors. )<br>_____ )<br>)<br>MICHAEL MILTICH )<br>and ANN MILTICH, )<br>)<br>Appellees, )<br>)<br>vs. )<br>)<br>ROYCE LANE VAIL and )<br>SAMMY A. VAIL, )<br>)<br>Appellants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Appellees' Motion for Rehearing and Request for Oral Argument [Doc. 7], filed September 8, 2008.

The Appellees Michael Miltich and Ann Miltich move for a rehearing of the merits of the appeal and request an opportunity for oral argument.

The Appellees have not raised any issues to warrant a rehearing of this matter. Upon careful consideration of the Appellees' motion, the Court finds no reason to reconsider its previous ruling.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Appellees' Motion for Rehearing and Request for Oral Argument [Doc. 7] are **DENIED**.

**IT IS SO ORDERED**.

Signed: September 12, 2008

Martin Reidinger
United States District Judge